UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL GOMEZ,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY F. BUSBY,<br><br>　　　　　　　　　　　Respondent. | Civil No.　10cv1115-BTM (PCL)<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND DIRECTING THE CDCR TO COLLECT THE $5.00 FILING FEE AND FORWARD IT TO THE CLERK OF COURT** |

On May 19, 2010, Petitioner, a state prisoner proceeding pro se, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, along with a motion to proceed in forma pauperis. On May 27, 2010, this Court denied the application to proceed in forma pauperis because Petitioner failed to include a certificate from the warden or other appropriate officer showing the amount of money or securities Petitioner has on account in the institution. [Doc. No. 3]. The Court further notified Petitioner that in order to avoid dismissal of his case, he must either pay the $5.00 filing fee or provide adequate proof of his inability to pay no later than July 26, 2010. *Id.*

On June 18, 2010, Petitioner filed a second motion to proceed in forma pauperis, which includes a Prison Certificate, a copy of Petitioner's prison trust account statement, and a signed "Trust Account Withdrawal Authorization." [Doc. No. 4] According to Petitioner's trust account statement, he has a $153.42 balance in his prison account. The filing fee associated with this

type of action is $5.00. *See* 28 U.S.C. § 1914(a). It appears Petitioner can pay the requisite filing fee.

## CONCLUSION AND ORDER

Good cause appearing therefor, **IT IS HEREBY ORDERED** that:

1. Petitioner's motion to proceed in forma pauperis is **DENIED.**

2. The Secretary of the California Department of Corrections and Rehabilitation, or his designee shall, upon receipt of this Order, collect the $5.00 filing fee and forward that amount to the Clerk of Court . THE FILING FEE SHALL BE CLEARLY IDENTIFIED BY THE NAME AND NUMBER ASSIGNED TO THIS ACTION.

3. The Clerk of the Court is directed to serve a copy of this Order on Matthew Cate, Secretary, California Department of Corrections and Rehabilitation, 1515 S Street, Suite 502, Sacramento, California 95814.

**IT IS SO ORDERED.**

DATED: July 6, 2010

Honorable Barry Ted Moskowitz
United States District Judge