# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Leonel Gomez

                V.                        **JUDGMENT IN A CIVIL CASE**

Timothy F Busby, Warden

                                    **CASE NUMBER:**   10CV1115-BTM-PCL

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court Denies the Petition for Writ of Habeas Corpus.

| September 1, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ E Silvas
(By) E. Silvas, Deputy Clerk
ENTERED ON September 1, 2011

[Case Number]